# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TENNESSEE CHATTANOOGA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation** of Probation or Supervised Release) |
| v. | |
| MICHAEL SMITH USM#42762-074 | Case Number: **4:10-CR-00007-HSM-CHS(1)** **Jackson Whetsel** Defendant's Attorney |

THE DEFENDANT:

☒ admitted guilt to violation of condition(s)   of the term of supervision.

☐ was found in violation of condition(s)   after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations :

| **Violation Number** | **Nature of Violation** | **Date Violation Concluded** |
|---|---|---|

See Petition and Order filed October 12, 2017[Court Doc. No. 44]

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and 18 U.S.C. 3553.

☐   The defendant has not violated condition(s)   and is discharged as to such violation(s) condition.

   IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and the United States attorney of any material change in the defendant's economic circumstances.

**August 20, 2018**
Date of Imposition of Judgment

/s/ Harry S. Mattice, Jr.
Signature of Judicial Officer

**Harry S Mattice Jr., United States District Judge**
Name & Title of Judicial Officer

**August 20, 2018**
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**24 months**.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at     ☐ a.m. ☐ p.m. on
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on    .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on
   to    ,
   at    ,
with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

 By _____  
DEPUTY UNITED STATES MARSHAL